IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS (HOUSTON)

| In re: | § | Case No. 22-32311 |
|---|---|---|
| Dynell Shaneen Thomas | § § § § | (Chapter 13) |
| Debtor(s) | § § § § § | WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN (DOC. 20) |
| | | Judge: Jeffrey P Norman<br>Ctrm: 403 |

**WITHDRAWAL OF OBJECTION TO CONFIRMATION
OF CHAPTER 13 PLAN (DOC. 20)**

COMES NOW, Carvana, LLC ("Creditor"), to file this Withdrawal of Objection to Confirmation of Chapter 13 Plan (Doc. 20) and states the following:

1. Debtor filed Chapter 13 Plan on August 12, 2022 (Doc. 2).

2. On September 29, 2022, Creditor timely filed an Objection to Confirmation of Chapter 13 Plan (Doc. 20) ("Objection") related to a 2014 GMC Terrain Utility 4D SLE 2.4L I4, VIN # 2GKALMEKXE6213263.

3. Debtor filed a First Amended Chapter 13 Plan on October 21, 2022 (Doc. 23).

4. Debtor First Amended Chapter13 Plan resolves Creditor's Objection and Creditor has no further need at this time to pursue its Objection.

WHEREFORE, Creditor hereby withdraws its Objection without prejudice to refiling the same.

Dated: __10/27/2022_____   /s/ *Don J. Knabeschuh*
                                                                 Don J. Knabeschuh
                                                                 Bar ID 11578800
                                                                 Don J. Knabeschuh, Attorney at Law
                                                                 PO Box 571587
                                                                 Houston, TX 77257
                                                                 Telephone: (713) 984-4615
                                                                 Fax: (832) 408-7898
                                                                 dknab52@gmail.com
                                                                 Attorney for Carvana, LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 27, 2022, a true and correct copy of the above Withdrawal of Objection shall be served via electronic means, if available, otherwise by regular, first-class mail, to:

*Via CM/ECF to Counsel for Debtor:*
Corey L. Mills
Mills Law Group, PLLC
21815 Oak Park Trails Drive
Katy, TX 77450
corey@coreymillslaw.com

*Via US Mail to Debtor:*
Dynell Shaneen Thomas
222 Mason Creek Drive 716
Katy, TX 77450

*Via CM/ECF to Chapter 13 Trustee:*
William E. Heitkamp
9821 Katy Freeway, Ste 590
Houston, TX 77024
heitkamp@ch13hou.com

*Via CM/ECF to US Trustee:*
U.S. TRUSTEE
515 Rusk Ave,
Ste 3516
Houston, TX 77002
USTPRegion07.HU.ECF@USDOJ.GOV

/s/ *Gloria Yeager*
Gloria Yeager