United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 22, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re: Dynell Shaneeen Thomas** | § § | **Cause no. 22-32311**<br>**Chapter 13** |

### AGREED ORDER LIFTING AUTOMATIC STAY
(This Order Resolves Docket # 36)

1. This Order concerns the lease of Debtor's residence that is held, directly or in its capacity as agent for the holder, by Brixton Mason TIC, LLC dba Mason Park, ("Movant"). The property that is the subject of this motion is 222 Mason Creek Dr, Apt 716, Katy, Texas 77450 (the "Property"). Notices sent pursuant to this Order must be sent to Brandy M. Alexander, Alexander Law, PLLC, 2502 La Branch St, Houston, Texas 77004 (if to Movant) and to Corey L Mills, Law Office of Corey L. Mills, 21815 Oak Park Trails Drive, Katy, Texas 77450 (if to Debtor).

2. The Debtor agrees that:

   A. The automatic stay regarding the Property is lifted on January 15, 2023.

   B. Any co-debtor(s) stay is also lifted on January 15, 2023.

   C. Debtor will vacate the Property on or before January 15, 2023.

   D. Debtor will turn over the Property in broom swept condition on or before January 15, 2023.

   E. Debtor will pay a total of $2,340.06 to Movant on or before close of business January 2, 2023, which amount represents rent for the month of December 2022 and pro-rated rent for the month of January 2023.

3. If Debtor fails to comply with paragraph 2(E) of this Order, the stay shall terminate on January 3, 2023.

**SO ORDERED:**

Signed: December 22, 2022

_____
Jeffrey P. Norman
United States Bankruptcy Judge

AGREED AND ENTRY REQUESTED:

| | |
|---|---|
| */s/ Brandy M. Alexander* | */s/ Corey L. Mills* |
| ALEXANDER LAW, PLLC | LAW OFFICE OF COREY L. MILLS |
| Brandy M. Alexander | Corey L. Mills |
| State Bar No.: 24108421 | State Bar No. 24010238 |
| 2502 La Branch St | 21815 Oak Park Trails Drive |
| Houston, Texas 77004 | Katy, Texas 77450 |
| Telephone: 832-360-2318 | Telephone: 281-497-2650 |
| Fax: 346-998-0886 | Fax: 281-676-5950 |
| E-mail: brandyalexander@alexanderpllc.com | E-mail: corey@coreymillslaw.com |